# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

March 28, 2023

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

    Re:    United States of America v. Thaddeus Rhodes
            USDC Criminal No. 1:19-cr-73-AT-LTW-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| | Appeal fees   been paid. |
| **X** | **Certified copy of order appointing Federal Defender Program enclosed.** |
| | Certified copy of CJA order appointing counsel enclosed. |
| | Appellant has been forwarded an application to proceed IFP. |
| | Appellant has been   leave to appeal IFP, copy of order enclosed. |
| | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Amy Totenberg.** |
| | Other: . |

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
| | Volume(s) of pleadings | | Envelope(s) |
| | Volume(s) of transcripts. | | PSI enclosed. (SEALED) |

                                Sincerely,

                                Kevin P. Weimer
                                Clerk of Court

                  By:    **/s/P. McClam**
Enclosures                          Deputy Clerk